**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Juan GONZALEZ–GONZALEZ, aka Rene L. Gonzales, et al., Defendant—Appellant.**

**No. 01–10023.**

**D.C. No. CR–00–00435–FRZ.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM **

Juan Gonzalez–Gonzalez appeals his judgment of conviction and sentence following his guilty plea to illegal reentry

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

after deportation in violation of 8 U.S.C. § 1326. His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

Accordingly, we **GRANT** the motion to withdraw as counsel of record for appellant and the district court's judgment is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.